UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE FAMILY DOLLAR )<br>FLSA LITIGATION )<br>)<br>_____)<br>)<br>*Concerning Hamilton v. Family Dollar* )<br>*Stores of Florida, Inc.* )<br>*No. 3:2011-cv-01949* )<br>)<br>_____) | MDL DOCKET NO: 3:08-MD-1932<br>Judge Graham C. Mullen |

## NOTICE OF DISMISSAL FOR *HAMILTON V. FAMILY DOLLAR STORES OF FLORIDA, INC.*

Family Dollar hereby submits the attached Notice of Dismissal (Exhibit A), which was filed by Plaintiff Jenny Hamilton before the Judicial Panel of Multidistrict Litigation on July 21, 2011.

July 26, 2011                                                            Respectfully submitted,

*s/ Amy S. Ramsey*
John A. Ybarra
Amy S. Ramsey
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, Illinois 60654
Tel: 312.372.5520
Fax: 312.372.7880
Email: aramsey@littler.com
Email: jybarra@littler.com

COUNSEL FOR FAMILY DOLLAR

## CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing Motion via the Court's CM/ECF system, which served a Notice of Electronic filing upon the following registered users:

**Gregory O'Dell Wiggins**
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
205-314-0542
Fax: 205-254-1500
Email: gwiggins@wcqp.com

**Robert E. DeRose, II**
BARKAN MEIZLISH HANDELMAN GOODIN DEROSE WENTZ, LLP
250 E. Broad St. 10th Floor
Columbus, Ohio 43215
614-221-4221
Fax: 614-744-2300
Email: bderose@bnhmlaw.com

Dated: July 26, 2011

*s/ Amy S. Ramsey*
Amy S. Ramsey
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, Illinois 60654
Tel: 312.372.5520
Fax: 312.372.7880

Firmwide:102970942.1 053439.1083

# EXHIBIT A

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FAMILY DOLLAR STORES INC., WAGE
AND HOUR EMPLOYMENT PRACTICES
LITIGATION

MDL No. 3:08-md-1932

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff, JENNY HAMILTON, files this Notice of Dismissal of her case in this action.

| **DIST.** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| FLS | 0 | 11-60856 | Hamilton v. Family Dollar Stores of Florida, Inc. |

Date: July 21, 2011
Plantation, Florida

Respectfully submitted,

s/Robert S. Norell
Robert S. Norell, Esq. (Fla. Bar No. 996777)
E-Mail: robnorell@aol.com
ROBERT S. NORELL, P.A.
7350 NW 5th Street
Plantation, Florida 33317
Telephone: (954) 617-6017
Facsimile: (954) 617-6018
Counsel for JENNY HAMILTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF and E-Mail this July 21, 2011, upon the following:

Lori Anne Brown
Littler Mendelson PC
1 Biscayne Tower, Ste 1500
2 S Biscayne Blvd
Miami, FL 33131
Counsel for Defendant

                                              s/Robert S. Norell
                                              Robert S. Norell, Esq.